# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMANUS MILES,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>W. CURRY, *et al.,*<br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 2:21-cv-03257-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 9th day of March, 2022, upon consideration of Defendants' Motion to Dismiss (ECF No. 16), Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 21), and Plaintiff's Motion to Appoint Counsel (ECF. No. 4), and for the reasons stated in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No.16), is **GRANTED WITHOUT PREJUDICE.**
2. Plaintiff's Motion to Appoint Counsel (ECF. No. 4), is **DENIED WITHOUT PREJUDICE**

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge